IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIA KRYVOSHEY,

    Plaintiff,               CIV S-11-2208 GEB GGH PS

    vs.

AMERICAN BROKERS CONDUIT, et al.,

    Defendants.             ORDER

_____/

        On October 14, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed October 14, 2011, are ADOPTED and

1

1. The motion to dismiss, filed July 26, 2011, and amended on September 7, 2011 by Power Default Services, Inc., f/k/a AHMSI Default Services, Inc., Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-5 Mortgage-backed Pass-Through Certificates, Series 2006-5, and Mortgage Electronic Registration System, Inc., (dkt. #20, 34), is granted;

2. The motion to dismiss or for a more definite statement, filed September 2, 2011, by Default Resolution Network, (dkt. #28), is granted;

3. The Court declines to exercise jurisdiction over plaintiff's state law claims, and this action is remanded to state court;

4. The Clerk shall serve a certified copy of this order to the Clerk of the Superior Court of Sacramento County, and reference the state case number (34-2011-00104315) in the proof of service;

5. The Clerk is directed to close this case.

Dated: November 22, 2011

GARLAND E. BURRELL, JR.
United States District Judge